FILED: June 24, 2008

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-1382
(3:06-cv-00041-nkm)

_____


DENA BOWERS

             Plaintiff - Appellant


   v.

NAT SCURRY, in his official and individual capacity; LUCINDA
CHILDS-WHITE, in her official and individual capacity

             Defendants - Appellees


        and

UNIVERSITY OF VIRGINIA, by its Rector and Visitors;
LEONARD SANDRIDGE, in his official capacity as executive
vice president and chief operating officer of the University
of Virginia, and in his individual capacity; YOKE SAN REYNOLDS,
in her official capacity as chief financial officer of the
University of Virginia, and in her individual capacity

             Defendants


_____

O R D E R
_____


    The Court denies the petition for rehearing and rehearing

en banc. No poll was requested on the petition for rehearing en

banc.

Entered at the direction of the panel: Judge Duncan, Senior Judge Hamilton, and District Judge Osteen.

For the Court

/s/ Patricia S. Connor, Clerk